## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STACY MCADAMS** | ) | **CASE NO.:** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **PETITION FOR** |
| **WALMART, INC.** | ) | **REMOVAL** |
| | ) | |
| **Petitioner/Defendant** | ) | |
| | ) | **JULY 9, 2020** |

NOW COMES the Defendant, WALMART, INC hereinafter referred to as "Petitioner" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1.    Petitioner is a Defendant in a civil action bearing Docket No. DBD-CV20-6036474-S pending in the Connecticut Superior Court, Judicial District of Danbury at Danbury (hereinafter, the "State Court Action"). The Return Date in the State Court Action is July 21, 2020. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2.    The Complaint in this action sounds in negligence. In her Complaint, Plaintiff alleges that the Defendant's store's employee, among other things, assisted in selecting a bicycle for Plaintiff and suddenly and without warning let go of such bicycle he was steadying for Plaintiff while he was adjusting the seat with Plaintiff thereon at the Walmart store located at 164 Danbury Road, New Milford, Connecticut on April 29, 2020. The Plaintiff alleges that as a result of this Incident and the negligence of Petitioner, she was caused to suffer various serious and permanent personal injuries and losses *(please see Complaint, Count One, Paragraphs 13 - 15).*

3.    The permanent injuries and losses claimed by the Plaintiff include; but are not

limited to, injury to her left shoulder, left wrist, left ankle and right side of her ribs and hip. In addition, she is claiming future medical expenses and that these injuries have completely diminished her activities. Further, she claims lost wages and impairment of her earning capacity.

4.      This action is being removed to the District Court pursuant to Title 28, United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

a.      By Complaint dated June 11, 2020, the Plaintiff filed suit against the Petitioner. Service was accomplished upon the Petitioner on June 12, 2020 through the Petitioner's registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Danbury at Danbury.

b.      The Plaintiff is a resident of Pawlings, New York. *Please see Summons.*

c.      Petitioner, Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

d.      In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses as well as a permanent disability and inability to perform her usual activities without pain. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner and because the amount in controversy exceeds the sum or value of $75,000.00,

2

exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

WHEREFORE, based upon the foregoing, the Petitioner respectfully requests that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Danbury at Danbury, be discontinued.

Respectfully submitted,

DEFENDANT/PETITIONER,
WALMART, INC.


By: /s/ *Janice D. Lai, Esq.*
     Janice D. Lai, Esq.(ct12135)
     Ryan Ryan Deluca LLP
     CityPlace II
     185 Asylum Street, 6th Floor
     Hartford, CT 06103
     Juris No. 436612
     Phone: 860-785-5150

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 9, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Glenn Formica, Esq.
Formica, PC
195 Church Street, 11th Floor
New Haven, CT  06510
gformica@formicalaw.com
*Attorney for Plaintiff*




                */s/ Janice D. Lai, Esq.*
                Janice D. Lai, Esq. (ct12135)